23 So.2d 617

### Ethel SMITH v. STATE.
### I Div. 239.

Supreme Court of Alabama.

Oct. 25, 1945.

Robt. B. Harwood, Atty. Gen., and Frank N. Savage, Asst. Atty. Gen., for the petition.

Johnston, McCall & Johnston, of Mobile, opposed.

THOMAS, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Ethel Smith v. State (1 Div. 499), 23 So.2d 615, wherein a judgment of conviction for manslaughter was reversed.

Writ denied.

All the Justices concur.